**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUSTIN H. OWENS,<br><br>Plaintiff,<br><br>v.<br><br>BOONVILLE CORR. CENTER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-CV-01217 RWS |

**MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court upon review of the Complaint filed by self-represented Plaintiff Justin H. Owens, an inmate at Tipton Correctional Center in Tipton, Missouri. For the reasons explained below, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case pursuant to 42 U.S.C. § 1983, against the Boonville Correctional Center in Boonville, Missouri, and Nathan S. Sheehan, a Correctional Officer at the Correctional Center there. [ECF No. 1 at 1-2]. Plaintiff alleges that in October of 2025, when he was incarcerated at Boonville Correctional Center, Correctional Officer Sheehan hit him with a closed fist while he was handcuffed with his hands behind his back. Boonville Correctional Center is in Cooper County, Missouri, which is within the boundaries of the Western District of Missouri. *See* 28 U.S.C. § 105(b)(4).

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated;

or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, Plaintiff's claims arise entirely from events which occurred in the Western District of Missouri. Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri for all further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis [ECF No. 1] is **DENIED without prejudice at this time**. Plaintiff may file a renewed motion in the United States District Court for the Western District of Missouri, along with a certified prison account statement.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1404(a).

Dated this 4th day of August, 2026.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE